UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------X
MARK DELLA VALLE, Admin Est of :
DONALD TOWER                    :
                                :
          Plaintiff,            :   No. 3: 02 CV 1076 (GLG)
                                :
     -against-                  :
UNITED STATES OF AMERICA.,      :
                                :
          Defendant             :
-----------------------------------X

RULE 16 EXPLANATION;
AND MOTION FOR PRETRIAL CONFERENCE

The undersigned counsel for the plaintiff contacted the clerk's office/judges chambers on or about December, 2003 to inquire as to whether a pre-trial conference needed to be requested. Counsel was instructed to wait for the scheduling of this matter for trial, that the court would notify counsel of any pre-trial conference.

The time for the filing of any substantial motions has passed and this matter is now ready for trial. The scheduling of a pre-trial conference and a magistrate judge mediation session would be beneficial. If a pre-trial memorandum needs to be filed for the purpose of such conference, the undersigned is prepared to file said memorandum.

Dated at Clinton, Connecticut, April 2, 2004.

Respectfully Submitted
The Plaintiff

RAYMOND J. RIGAT
GILBRIDE & RIGAT
23 EAST MAIN STREET
CLINTON, CT 06413
Federal Bar No.: ct13320
Tel: (860) 669-3273
Fax: (860) 669-3495

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Rule 16 Explanation; and Motion for Pretrial Conference has been mailed, postage prepaid, on this 2nd day of April, 2004 to:

Lauren M. Nash
Assistant U.S. Attorney
District of Connecticut
157 Church Street
P.O. Box 1824
New Haven, CT 06510

Mark Dellavalle, Esquire
614 Campbell Avenue
West Haven, CT 06516

Raymond J. Rigat, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------X
MARK DELLA VALLE, Admin Est of :
DONALD TOWER                   :
                               :
            Plaintiff,         :
                               :         No. 3: 02 CV 1076 (GLG)
       -against-               :
                               :
UNITED STATES OF AMERICA.,     :
                               :
            Defendant.         :
------------------------------X

## NOTICE TO COUNSEL

Rule 41(a) of the Local Rules of this District provides:

"In civil actions in which no action has been taken by the parties for six (6) months or in which deadlines established by the Court pursuant to Rule 16 appear not to have been met, the Clerk shall give notice of proposed dismissal to counsel of record and pro se parties, if any. If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the Clerk shall enter an order of dismissal. Any such order entered by the Clerk under this Rule may be suspended, altered, or rescinded by the Court for cause shown."

The case above is subject to being dismissed under this rule. Unless satisfactory explanation of why it should not be dismissed is submitted to the Court within twenty (20) days of the date of this notice, it will be dismissed.

Dated at Waterbury, Connecticut, April 1 2004.

_____
GERARD L. GOETTEL
SENIOR UNITED STATES DISTRICT JUDGE