UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------X
MARK DELLA VALLE, Admin Est. Of     :
DONALD TOWER                        :
                                    :
         Plaintiff,                 :
                                    :    3: 02 CV 1076 (GLG)
    -against-                       :        ORDER
                                    :
UNITED STATES OF AMERICA,           :
                                    :
         Defendant.                 :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge.

\_\_\_   A ruling on all pretrial motions except dispositive motions.

\_\_\_   To supervise discovery and resolve discovery disputes.

\_\_\_   A ruling on the following motion which is currently pending:

**\_X\_**   Settlement conference.

\_\_\_   A conference to discuss the following:

\_\_\_   Other:

**SO ORDERED.**

**April 8. 2004**
**Waterbury, Connecticut.**

                                                       _____/s/_____
                                                   **Gerard L. Goettel**
                                   **United States District Judge**