**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------X
**MARK DELLA VALLE, Admin Est. Of** :
**DONALD TOWER,** :
                                      :
       Plaintiff,              :          **<u>ORDER</u>**
                                      :
    -against-                :
                                      :       **3: 02 CV 1076 (GLG)**
**UNITED STATES OF AMERICA,** :
                                    :
       Defendant.            :
------------------------------------X

    Plaintiff's motion for pretrial conference is granted in part and denied in part. This case has been referred to Magistrate Judge William I. Garfinkel for settlement purposes. If this case does not settle, it will be placed on the trial calendar.

        **SO ORDERED.**

**Dated:    April 14, 2004**
            **Waterbury, CT**                                       **/s/**
                                                  **Gerard L. Goettel**
                                                     **U.S.D.J.**