**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
**MARK DELLA VALLE, Admin Est. Of** :
**DONALD TOWER,**                   :
                                    :
      Plaintiff,            :         <u>**ORDER**</u>
                                    :
   -against-                        :
                                    :         **3: 02 CV 1076 (GLG)**
**UNITED STATES OF AMERICA,**       :
                                    :
      Defendant.            :
-----------------------------------X


    This Court, *sua sponte*, hereby VACATES the Order of Referral [Doc. #21] to Magistrate Judge William I. Garfinkel for settlement. The parties have agreed to transfer the case to Magistrate Judge William I. Garfinkel for all purposes, including the trial, order the entry of a final judgment and conduct all post-judgment proceedings.

    **SO ORDERED.**

**Dated:    May 11, 2004**
          **Waterbury, CT**               _____/s/_____
                                                Gerard L. Goettel
                                                    U.S.D.J.