## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| **MARK DELLA VALLE,** | : | |
| **Administrator of the Estate of** | : | |
| **DONALD TOWER** | : | |
| | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | **3:02 CV 1076 (WIG)** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Defendant.** | : | |

---

### <u>BENCH TRIAL ORDER</u>

A five-day bench trial in this action shall be held before the undersigned on <u>**November 1-5, 2004**</u> at the United States District Court, 915 Lafayette Boulevard, Room 435, Bridgeport, Connecticut beginning **at 10:00 a.m.**

<u>Anticipated Evidentiary Problems (Motions in Limine)</u>:  The parties shall address all anticipated evidentiary problems in motions in limine with memoranda of law to be filed no later than **October 22, 2004.**

<u>Joint Trial Memorandum</u>: The parties shall jointly file a Joint Trial Memorandum with the Office of the Clerk, 915 Lafayette Boulevard., Bridgeport, Connecticut, in one continuous document to be signed by all counsel, no later than **October 22, 2004.**   A courtesy copy shall be submitted to the chambers of the undersigned on a 3.5" diskette formatted in either Wordperfect or Microsoft Word.  The Trial Memorandum shall be submitted in compliance with Rule 10 of the Local Rules of Civil Procedure and the Standing Order Regarding Trial Memoranda in Civil Cases (the

"Standing Order"), which is included in the Appendix of the Local Rules of Civil Procedure.

Witnesses:

The parties shall exchange a list of witnesses on or before **October 22, 2004.**

Availability of Witnesses:  Each party shall ensure the availability at trial of each witness listed by that party unless the Court and counsel are advised to the contrary not less than forty-eight (48) hours before the commencement of the evidence.

Expert Witnesses:  For each expert witness (see paragraph 10 of the Standing Order), if any, the Trial Memorandum shall set forth the opinion to be expressed, a brief summary of the basis of the opinion, and a list of the materials on which the witness intends to rely.  Also, state the area of expertise and attach a curriculum vitae, if available.

Exhibits:

The parties shall exchange a list of exhibits no later than **October 22, 2004.**

**Plaintiff's exhibits shall begin with the number "1" and defendant's exhibits shall begin with the number "501."**  The parties shall mark the plaintiff's and the defendant's respective exhibits in numerical order (e.g., "Plaintiff's Exhibit 1", etc., and "Defendants' Exhibit 501", etc.) with exhibit tags, which will be provided by the Clerk's Office upon request.  Counsel shall coordinate exhibit identification to ensure that exhibits are not duplicated.

The parties shall submit the original set of exhibits, and an exhibit list for the Deputy Clerk and two complete copies of the exhibits (in a binder) shall be submitted

to the Deputy Clerk at least two (2) business days before trial.

        <u>Proposed Findings and Conclusions</u>: The Court does not require proposed findings of fact and conclusions of law at this time but may request them within two weeks of the close of evidence.

        The deadlines established herein may not be modified by agreement of counsel.  These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall be filed no later than five (5) business days before the date from which counsel seeks an extension.

        **The parties shall contact the undersigned on October 13, 2004 at 1:30 p.m. for a telephonic pretrial conference.  The defendant shall initiate the call to (203) 579-5593 with all parties on the line.**

        SO ORDERED this 22nd day of July 2004, at Bridgeport, Connecticut.

        <u>*/S/ William I. Garfinkel*</u>
        William I. Garfinkel
        U.S. Magistrate Judge