UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK DELLAVALLE, ADMINISTRATOR OF THE ESTATE OF DONALD TOWER, | : : : | |
| PLAINTIFF, | : : | CIVIL NO. 3:02CV1076 (GLG)(WIG) |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| DEFENDANT/APPORTIONMENT PLAINTIFF, | : : : | |
| v. | : : | |
| MARK DELLAVALLE, CONSERVATOR OF THE ESTATE AND PERSON OF DONALD TOWER, | : : : : : | |
| APPORTIONMENT DEFENDANT. | : | NOVEMBER 1, 2004 |

EXHIBIT LIST OF THE DEFENDANT / APPORTIONMENT PLAINTIFF
UNITED STATES OF AMERICA

Pursuant to the Order of this Court dated July 22, 2004, the Defendant / Apportionment Plaintiff, United States of America, herewith respectfully submits its Exhibit List in advance of trial scheduled for November 1, 2004.

    501.    VA Connecticut Healthcare System Medical Records
            Volume I, pp. 0001-0202 (1996-1997);

    502.    VA Connecticut Healthcare System Medical Records
            Volume II, pp. 0203-0497 (1997);

503. VA Connecticut Healthcare System Medical Records Volume III, pp. 0498-0921 (1997-1998);

504. VA Connecticut Healthcare System Medical Records Volume IV, pp. 0922-1227 (2000);

505. VA Connecticut Healthcare System Medical Records Volume V, pp. 1228-1601 (2000);

506. VA Connecticut Healthcare System Medical Records Volume VI, pp. 1602-1970 (2000);

507. VA Connecticut Healthcare System Medical Records Volume VII, pp. 1971-2327 (2000) (medical orders);

508. VA Connecticut Healthcare System Medical Records Volume VIII, pp. 2328-2813 (1999-2000);

509. VA Connecticut Healthcare System Medical Records Volume IX, pp. 2814-3178 (2000-2001);

510. VA Connecticut Healthcare System Medical Records Volume X, pp. 3179-3468 (2000-2001) (laboratory studies and medical orders);

511. VA Connecticut Healthcare System Medical Records Volume XI, pp. 3469-3810 (2001);

512. VA Connecticut Police Report dated April 20, 2001;

513. City of West Haven Police Report dated April 22, 2001;

514. Autopsy and Toxicology Report of the Office of the Chief Medical Examiner dated June 5, 2001;

515. Medical records regarding Donald Tower from Bridgeport Mental Health;

516. Medical records regarding Donald Tower from Charlotte Hungerford Hospital;

517. Medical records regarding Donald Tower from Blue Hills Hospital;

518. Medical records regarding Donald Tower from Yale-New Haven Hospital;

519. Medical records regarding Donald Tower from Cedarcrest;

520. Medical records regarding Donald Tower from Lebanon Pines;

521. Medical records regarding Donald Tower from Connecticut Valley Hospital;

522. Medical records regarding Donald Tower from New Britain General Hospital;

523. Medical records regarding Donald Tower from Midstate Medical Center;

524. Medical records regarding Donald Tower from Saint Frances Care / Elmcrest;

525. Excerpts from VA Connecticut Healthcare System Medical Records Volume IX, pp. 2814-3178 (2000-2001);

526. Excerpts from VA Connecticut Healthcare System Medical Records specific to Mark Dellavalle (2000 - 2001);

527. Excerpts from VA Connecticut Healthcare System Medical Records specific to Maureen Rogers, MSW (1997-2001);

528. Excerpts from VA Connecticut Healthcare System Medical Records specific to Dr. Helen Miller (2000-2001);

529. Excerpts from VA Connecticut Healthcare System Medical Records specific to Carol Sanders, MSW (1997-2001);

530. VA Laboratory Report; computer printout of blood alcohol laboratory results for Mr. Tower (1997-2001);

531. VA Connecticut Healthcare System Administrative Record (pp. 1-95);

532. VA Treatment Chronology and Documented Episodes of Connecticut Hospital Treatments Resulting from Alcohol or Drug Abuse from 1980 -2001 (demonstrative exhibit);

533. Report of Richard J. Frances, M.D., F.A.C.P., F.A.P.A. dated April 28, 2003; and

534. Curriculum Vitae of Dr. Richard Frances.

>Respectfully submitted,
>
>DEFENDANT, UNITED STATES OF AMERICA
>
>KEVIN J. O'CONNOR
>UNITED STATES ATTORNEY
>
>LAUREN M. NASH, ct01705
>ASSISTANT U.S. ATTORNEY
>UNITED STATES ATTORNEY'S OFFICE
>157 CHURCH STREET, P.O. BOX 1824
>NEW HAVEN, CT  06510
>Telephone: (203) 821-3700
>Facsimile:  (203) 773-5373
>E-mail: lauren.nash@usdoj.gov

CERTIFICATION

This is to certify that a copy of the within and foregoing Exhibit List of the Defendant / Apportionment Plaintiff, United States of America, was hand delivered on this 1st day of November, 2004, to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Mark Dellavalle, Esq.
614 Campbell Avenue
West Haven, CT 06516

          LAUREN M. NASH
          ASSISTANT U.S. ATTORNEY