UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK DELLAVALLE, | : | |
| ADMINISTRATOR OF THE | : | |
| ESTATE OF DONALD TOWER, | : | |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Civil No. 3:02CV1076(GLG)(WIG) |
| UNITED STATES OF AMERICA, | : | |
|     Defendant/Apportionment | : | |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MARK DELLAVALLE, | : | |
| CONSERVATOR OF THE | : | |
| ESTATE AND PERSON OF | : | |
| DONALD TOWER | : | |
|     Apportionment Defendant. | : | November 2, 2004 |

**UNITED STATES' MOTION TO PRECLUDE EXPERT WITNESS**

Pursuant to the Order of this Court on November 1, 2004, the Defendant / Apportionment Plaintiff, United States of America, through its undersigned counsel, hereby respectfully moves to preclude admission of testimony from Plaintiff's designated expert in the above-captioned action.

This motion is supported by a memorandum of law, submitted herewith.

NO ORAL ARGUMENT IS REQUESTED

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT  06510
Telephone: (203) 821-3700
Facsimile:  (203) 773-5373
E-mail: lauren.nash@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the within and foregoing United States' Motion to Preclude Expert Witness was hand-delivered on this 2nd day of November, 2004, to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Mark Dellavalle, Esq.
614 Campbell Avenue
West Haven, CT 06516

                                              LAUREN M. NASH
                                              ASSISTANT U.S. ATTORNEY