*Counsel stipulate all Plaintiff & Defendant's Exhibits are admitted as Full Exhibits*

# United States District Court

**DISTRICT OF** _____

Mark Dellavalle
v.
USA

**EXHIBIT ~~AND WITNESS~~ LIST**

CASE NUMBER: 3:02CV1076(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Raymond J. Rigat | Cynthia L. Tyler + Lauren Nash |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11-1-04 | M. Corriette | C. Sanders |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| PL-1 | | | | 11/1 | March 03 Report of David Mantell, PHD |
| 2 | | | | 11/1 | Resume of David Mantell, PHD |
| 3 | | | | 11/1 | Police Report dated 4-22-01 |
| 4 | | | | 11/1 | Post Mortem report 5-30-01 |
| 5 | | | | 11/1 | Report of Investigation 4-23-01 |
| 6 | | | | 11/1 | Death Certificate 5-2-01 |
| 7 | | | | 11/1 | Funeral Bill 5-4-01 |
| 8 | | | | 11/1 | Life Table (SSA) |
| 9 | | | | 11/1 | Application for Appt of Conservator |
| 10 | | | | 11/1 | Dictation of Dr. Helen Miller dated 9-28-00 |
| 11 | | | | 11/1 | Progress not of Dr. Helen Miller dated 12-15-00 |
| 12 | | | | 11/1 | Dictation of Dr. Helen Miller dated 1-22-01 |
| 13 | | | | 11/1 | Progress note of Dr. Helen Miller dated 2-23-01 |
| 14 | | | | 11/1 | Progress note of Maureen Rogers w/add by Dr. Miller 2-21-01 |
| 15 | | | | 11/1 | Memo from Maureen Rogers to Atty David Kaplan 4-9-01 |
| 16 | | | | 11/1 | Letter from Carol Sanders to Atty Kaplan dated 4-20-01 |
| 17 | | | | 11/1 | Health care System Policy No. 116A-12 "Escort & Transport" 7-16-02 |
| 18 | | | | 11/1 | Letter dated 4-16-01 from David Kaplan |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

*Counsel Stipulated all Plaintiff's and Defendant's exhibits are admitted as Full Exhibits*

31

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARK DELLAVALLE, ADMINISTRATOR
OF THE ESTATE OF DONALD TOWER,

    PLAINTIFF,

v.

UNITED STATES OF AMERICA,

    DEFENDANT/APPORTIONMENT
    PLAINTIFF,

v.

MARK DELLAVALLE, CONSERVATOR OF
THE ESTATE AND PERSON OF DONALD
TOWER,

    APPORTIONMENT DEFENDANT.

CS
CIVIL NO. 3:02CV1076
(GLG)(WIG)

NOVEMBER 1, 2004

*Marked* **EXHIBIT LIST OF THE DEFENDANT / APPORTIONMENT PLAINTIFF UNITED STATES OF AMERICA**

Pursuant to the Order of this Court dated July 22, 2004, the Defendant / Apportionment Plaintiff, United States of America, herewith respectfully submits its Exhibit List in advance of trial scheduled for November 1, 2004.

*Full 11-1* 501.   VA Connecticut Healthcare System Medical Records Volume I, pp. 0001-0202 (1996-1997);

*Full 11-1* 502.   VA Connecticut Healthcare System Medical Records Volume II, pp. 0203-0497 (1997);

Full
11-1   503.  VA Connecticut Healthcare System Medical Records Volume III, pp. 0498-0921 (1997-1998);

Full 11-1   504.  VA Connecticut Healthcare System Medical Records Volume IV, pp. 0922-1227 (2000);

11-1   505.  VA Connecticut Healthcare System Medical Records Volume V, pp. 1228-1601 (2000);

11-1   506.  VA Connecticut Healthcare System Medical Records Volume VI, pp. 1602-1970 (2000);

11-1   507.  VA Connecticut Healthcare System Medical Records Volume VII, pp. 1971-2327 (2000) (medical orders);

11-1   508.  VA Connecticut Healthcare System Medical Records Volume VIII, pp. 2328-2813 (1999-2000);

11-1   509.  VA Connecticut Healthcare System Medical Records Volume IX, pp. 2814-3178 (2000-2001);

11-1   510.  VA Connecticut Healthcare System Medical Records Volume X, pp. 3179-3468 (2000-2001) (laboratory studies and medical orders);

11-1   511.  VA Connecticut Healthcare System Medical Records Volume XI, pp. 3469-3810 (2001);

11-1   512.  VA Connecticut Police Report dated April 20, 2001;

11-1   513.  City of West Haven Police Report dated April 22, 2001;

11-1   514.  Autopsy and Toxicology Report of the Office of the Chief Medical Examiner dated June 5, 2001;

11-1   515.  Medical records regarding Donald Tower from Bridgeport Mental Health;

Full  II-1   516. Medical records regarding Donald Tower from Charlotte Hungerford Hospital;

II-1  517. Medical records regarding Donald Tower from Blue Hills Hospital;

II-1  518. Medical records regarding Donald Tower from Yale-New Haven Hospital;

II-1  519. Medical records regarding Donald Tower from Cedarcrest;

II-1  520. Medical records regarding Donald Tower from Lebanon Pines;

II-1  521. Medical records regarding Donald Tower from Connecticut Valley Hospital;

II-1  522. Medical records regarding Donald Tower from New Britain General Hospital;

II-1  523. Medical records regarding Donald Tower from Midstate Medical Center;

II-1  524. Medical records regarding Donald Tower from Saint Frances Care / Elmcrest;

II-1  525. Excerpts from VA Connecticut Healthcare System Medical Records Volume IX, pp. 2814-3178 (2000-2001);

II-1  526. Excerpts from VA Connecticut Healthcare System Medical Records specific to Mark Dellavalle (2000 - 2001);

II-1  527. Excerpts from VA Connecticut Healthcare System Medical Records specific to Maureen Rogers, MSW (1997-2001);

II-1  528. Excerpts from VA Connecticut Healthcare System Medical Records specific to Dr. Helen Miller (2000-2001);

II-1  529. Excerpts from VA Connecticut Healthcare System Medical Records specific to Carol Sanders, MSW (1997-2001);

II-1  530. VA Laboratory Report; computer printout of blood alcohol laboratory results for Mr. Tower (1997-2001);

II-1  531. VA Connecticut Healthcare System Administrative Record (pp. 1-95);

Full ll-1  532.  VA Treatment Chronology and Documented Episodes of Connecticut Hospital Treatments Resulting from Alcohol or Drug Abuse from 1980 -2001 (demonstrative exhibit);

ll-1  533.  Report of Richard J. Frances, M.D., F.A.C.P., F.A.P.A. dated April 28, 2003; and

ll-1  534.  Curriculum Vitae of Dr. Richard Frances.

> Respectfully submitted,
>
> DEFENDANT, UNITED STATES OF AMERICA
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
> *[signature]*
> LAUREN M. NASH, ct01705
> ASSISTANT U.S. ATTORNEY
> UNITED STATES ATTORNEY'S OFFICE
> 157 CHURCH STREET, P.O. BOX 1824
> NEW HAVEN, CT 06510
> Telephone: (203) 821-3700
> Facsimile: (203) 773-5373
> E-mail: lauren.nash@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the within and foregoing Exhibit List of the Defendant / Apportionment Plaintiff, United States of America, was hand delivered on this 1st day of November, 2004, to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Mark Dellavalle, Esq.
614 Campbell Avenue
West Haven, CT 06516

                                                */s/ Lauren M. Nash*
                                                LAUREN M. NASH
                                                ASSISTANT U.S. ATTORNEY