# United States District Court

DISTRICT OF _____

Mark Della-Valle,
v.
USA

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02 CV 1076 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Raymond J. Rigat | Cynthia L. Tyler + Lauren Nash |
| TRIAL DATE(S) 11-1-2-3-4-04 | COURT REPORTER M. Corriette | COURTROOM DEPUTY C. Landers |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11-1-04 | | | Mark Dellavalle, New Haven, CT |
| ✓ | | } | | | David G. Kaplan, West Hartford, CT |
| ✓ | | | | | Carol Landers, West Haven, CT |
| ✓ | | 11-2-04 | | | Maureen Rogers, Westbrook, CT |
| ✓ | | 11-3-04 | | | Dr. Helen Miller, New Haven, CT "PHD" |
| ✓ | | 11-3-04 | | | Dr. David Mantell, New Britain, CT "PHD" |
| | ✓ | 11-4-04 | | | Dr. Richard Frances, New York, New York "PHD" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages