UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARK DELLAVALE, ADMINISTRATOR
OF THE ESTATE OF DONALD TOWER
Plaintiff
   v.                                              3:02CV1076(WIG)
UNITED STATES OF AMERICA
Defendant

UNITED STATES OF AMERICA
Third Party Plaintiff
   v.
MARK DELLAVALLE, CONSERVATOR
OF THE ESTATE AND PERSON OF
DONALD TOWER

## JUDGMENT

This matter came on for a bench trial before the Honorable William I. Garfinkel, United States Magistrate Judge, after a Consent to Proceed Before a U.S. Magistrate was filed on May 13, 2004. On November 4, 2004, the court orally rendered a Decision in favor of the defendant and the Third Party Complaint was dismissed as moot.

Therefore, it is **ORDERED** and **ADJUGED** that judgment is entered for the defendant United States Of America and against the plaintiff Mark Dellavalle, Administrator of the Estate of Donald Tower.

Dated at Bridgeport, Connecticut, this 10th day of November, 2004.

                                                           KEVIN F. ROWE, Clerk

                                                           By /s/_____
                                                                    Deputy Clerk

Entered on Docket _____